JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0162 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| PAUL ISAAC BARENFUS, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Noah Abrams, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Paul Isaac Barenfus, 360 Jean Street #6, Mill Valley, California 94941, to appear on April 16, 2008 at 9:30 a.m. before Magistrate Judge James A. Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____        _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0162 MAG