FILED

2008 MAR 25 AM 11:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )   Case No. CR 08-0162 MAG
                                      )
12          Plaintiff,                )
                                      )
13     v.                             )   [PROPOSED] ORDER FOR SUMMONS
                                      )
14  PAUL ISAAC BARENFUS,              )
                                      )
15          Defendant.                )
                                      )
16

17      Having reviewed the Declaration of Noah Abrams, the Court finds that probable cause exists
18  to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Paul
20  Isaac Barenfus, 360 Jean Street #6, Mill Valley, California 94941, to appear on April 16, 2008 at
21  9:30 a.m. before Magistrate Judge James A. Larson to answer the Information that has been filed
22  by the United States Attorney.

23

24      IT IS SO ORDERED.

25

26  Dated: _March 24, 2008_____

27                                              Judge Joseph C. Spero
                                                JOSE_____
28                                              United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0162 MAG