07/15/2008 06:39 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN308CR000162 | | | US V BARENFUS | | | | |
| 001 | PAUL BARENFUS | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611021139 | 1 | PR | 10.00 | 07/10/2008 |
| | | | | | | Division Payment Total | | | 10.00 | |
| | | | | | | Grand Total | | | 10.00 | |

$10.00    SPECIAL ASSESSMENT
PAID IN FULL   on 7-10-08

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-162 MAG

Page 1 of 1