08/01/2008 05:22 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN308CR000162 | | | US V BARENFUS | | | | |
| 001 | PAUL BARENFUS | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461021301 | 1 | PR | 1,000.00 | 07/15/2008 |
| 001 | PAUL BARENFUS | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461021139 | 1 | PR | 10.00 | 07/10/2008 |
| | | | | | | Division Payment Total | | | 1,010.00 | |
| | | | | | | Grand Total | | | 1,010.00 | |

$ 1,000.00 FINE PAID IN FULL    ~    7/15/08

FILED

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-162-MAG

Page 1 of 1